UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL G. WRIGHT,

        Petitioner,

v.                              Case No. 3:20-cv-777-J-39JBT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

        Respondent.
_____

### ORDER

    Petitioner's Motion for Leave to Exceed Memorandum of Law Page Limit (Doc. 3) is **GRANTED**, and the Petition for Writ of Habeas Corpus (Doc. 1) is **ACCEPTED as filed**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 15th day of July, 2020.

_____
JOEL B. TOOMEY
United States Magistrate Judge

caw 7/15
c:
Counsel of Record