IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL WRIGHT,

    Petitioner,

v.

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,
et al.,

    Respondent.

CASE NO. 3:20-cv-777-BJD-JBT

NOTICE OF APPEARANCE

Notice is hereby given that Anne C. Conley, Assistant Attorney General appears in this action as counsel for Respondent. All future correspondents and electronic notifications should be address to Anne C. Conley, Esquire.

    Respectfully submitted,
    ASHLEY MOODY
    ATTORNEY GENERAL

    /s/ Anne C. Conley
    ANNE C. CONLEY
    ASSISTANT ATTORNEY
    GENERAL
    Florida Bar No. 0770670

        OFFICE OF THE ATTORNEY
GENERAL
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
(850) 922-6674 (Fax)

COUNSEL FOR RESPONDENT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and that I furnished a copy hereof by Electronic Mail to; Michael Ufferman, Esquire at ufferman@uffermanlaw.com and Joseph Hamrick, Esquire at joseph.s.hamrick@gmail.com, on this 21st day of January 2021.

        /s/ Anne C. Conley
        Anne C. Conley
        Assistant Attorney General