UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL G. WRIGHT,

        Petitioner,

v.                                Case No. 3:20-cv-777-BJD-JBT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

        Respondent.
_____

**ORDER**

Respondents' Motion for Clarification (Doc. 10) is **GRANTED**. The response was due April 7, 2021 (response deadline appears on the docket at Doc. 6) and the Court granted a 20-day extension, giving Respondents until **April 27, 2021**.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of April, 2021.

JOEL B. TOOMEY
United States Magistrate Judge

caw 4/12
c:
Counsel of Record