IN THE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| DANIEL G. WRIGHT,<br><br>    Petitioner,<br><br>v.<br><br>SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,<br><br>    Respondents. | Case No. 3:20-cv-777-BJD-JBT |

**PETITIONER WRIGHT'S RESPONSE TO THE RESPONDENT'S "MOTION TO DISMISS OR STAY PETITION FOR WRIT OF HABEAS CORPUS PENDING RESENTENCING IN STATE COURT"**

The Petitioner, DANIEL G. WRIGHT, by and through undersigned counsel, submits this response to the Respondent's "Motion to Dismiss or Stay Petition for Writ of Habeas Corpus Pending Resentencing in State Court," and alleges:

1. Petitioner Wright agrees with the Respondent that his 28 U.S.C. § 2554 petition should be stayed so that the state court can render an amended judgment.

2. Undersigned counsel have already been in contact with the state court clerk's office and undersigned counsel are hopeful that an amended judgment will be rendered in the near future.

WHEREFORE, Petitioner Wright requests the Court to stay the instant proceeding for a period of thirty days. At the conclusion of the thirty-day time period, undersigned counsel will provide the Court with a status update regarding the amended judgment, and as soon as the amended

judgment is rendered, undersigned counsel will file a notice so informing the Court (and undersigned counsel will attach the amended judgment as an exhibit to the notice).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

Assistant Attorney General Anne C. Conley

by CM/ECF electronic delivery this 11th day of May, 2021.

                                      Respectfully submitted,

                                      /s/ Joseph Hamrick
                                      JOSEPH HAMRICK
                                      527 Peyton Street, Apartment #2
                                      Geneva, Illinois 60134
                                      (904) 310-7494
                                      FL Bar No. 47049
                                      Email: joseph.s.hamrick@gmail.com

                                      /s/ Michael Ufferman
                                      MICHAEL UFFERMAN
                                      Michael Ufferman Law Firm, P.A.
                                      2022-1 Raymond Diehl Road
                                      Tallahassee, Florida 32308
                                      (850) 386-2345/fax (850) 224-2340
                                      FL Bar No. 114227
                                      Email: ufferman@uffermanlaw.com

                                      Counsel for Petitioner **WRIGHT**