UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


DANIEL G. WRIGHT,

       Petitioner,

v.                                       Case No. 3:20-cv-777-BJD-JBT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

       Respondent.

_____

## ORDER

Respondents' Motion to Stay Petition (Docs. 12, 14) is **GRANTED to the extent that** the case is hereby **STAYED** and held in abeyance pending entry of the amended sentence by the trial court. In all other respects, the Motion (Doc. 12) is **DENIED without prejudice**. Petitioner may move to reopen the case and lift the stay case once the amended sentence is entered by the state court.

The **Clerk** shall administratively close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of May, 2021.

_____
BRIAN J. DAVIS
United States District Judge

caw 5/13
c:
Counsel of Record