# EXHIBIT 2

TCW

003670

TCW

2021 JUN 25 PM 5:10   FILED

**AMENDED**
STATE OF FLORIDA
UNIFORM COMMITMENT TO CUSTODY
OF DEPARTMENT OF CORRECTIONS

The Circuit Court of THE FOURTH JUDICIAL CIRCUIT in the COUNTY OF NASSAU

**SPRING TERM** Term, 2021 in the case of

State of Florida

Vs

**WRIGHT, DANIEL GREGORY**

Case No. 45-2014-CF-000558-AXXX-YX

IN THE NAME AND THE AUTHORITY OF THE STATE OF FLORIDA, TO THE SHERIFF OF THE ABOVE-REFERENCED COUNTY AND THE DEPARTMENT OF CORRECTIONS, GREETINGS:

The above-named defendant has been duly charged, convicted, adjudicated guilty, and sentenced for the offense(s) set forth in the attached certified copies of the Indictment(s)/Information(s), Original Judgment(s) Adjudicating Guilt, and Sentencing Order(s). In addition to the Original Judgment, if judicial supervision has been revoked subsequent to the entry of the judgment adjudicating guilt, a certified copy of the order revoking supervision (rather than a duplicative judgment adjudicating guilt) is also attached in support of this commitment.

Now therefore, this is to command you, the Sheriff, to take and keep and, within a reasonable time after receiving this commitment, deliver the defendant into the custody of the Department of Corrections; and this is to command you, the Secretary of the Department of Corrections, to keep and imprison the defendant for the term of the sentence. Herein fail not.

WITNESS the Clerk, and the Seal thereof,

this 14TH day of June, 2021. **NUNC PRO TUNC February 22, 2016.**

John A. Crawford, Clerk

By: _Tanya Washington_
         Deputy Clerk

DC6-306 (Revised 5/3/11)        Page _1_ of _190_ Pages

In the Circuit Court
Judicial Circuit, in and for
Nassau, Florida

Case Number:   **45-2014-CF-000558-AXXX-YX**

State of Florida

   - vs

**WRIGHT, DANIEL GREGORY**

### JUDGMENT

The defendant **WRIGHT, DANIEL GREGORY** being personally before this court
represented by O'MARA, MARK / SOPP, TERESA. the attorney of record, and the
state represented by THURSON, DONNA and having

   ___ been tried and found guilty by jury/by court of the following crime(s)
   _X_ entered a plea of guilty to the following crime(s)
   ___ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|---|
| 1 | Transmission of Material Harmful to Minors - | 847.0138(2) | F-3 | 14-CF-558 | 4501059665 |
| 2 | Transmission of Material Harmful to Minors - | 847.0138(2) | F-3 | 14-CF-558 | 4501059665 |
| 3 | Transmission of Material Harmful to Minors - | 847.0138(2) | F-3 | 14-CF-558 | 4501059665 |
| 4 | Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 5 | Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 6 | Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 7 | Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 8 | Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 9 | Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 10 | Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 11 | Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |

Inst. Number: 202145025305 Book: 2477 Page: 377 Page 3 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Courts Nassau County Florida

Case 8:20-cv-01775-BJ-JBT Document 16-2 Filed 07/21/21 Page 4 of 182 PageID 693

In the Circuit Court
Judicial Circuit, in and for
Nassau, Florida

Case Number:   **45-2014-CF-000558-AXXX-YX**

State of Florida

  - vs

**WRIGHT, DANIEL GREGORY**

### JUDGMENT

The defendant **WRIGHT, DANIEL GREGORY** being personally before this court represented by O'MARA, MARK / SOPP, TERESA. the attorney of record, and the state represented by THURSON, DONNA and having

___ been tried and found guilty by jury/by court of the following crime(s)
_X_ entered a plea of guilty to the following crime(s)
___ entered a plea of nolo contendere to the following crime(s)

| Count Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|
| 12 Transmission of Material Harmful to Minors - | 847.0138(2) | F-3 | 14-CF-558 | 4501059665 |
| 13 Transmission of Material Harmful to Minors - | 847.0138(2) | F-3 | 14-CF-558 | 4501059665 |
| 14 Transmission of Material Harmful to Minors - | 847.0138(2) | F-3 | 14-CF-558 | 4501059665 |
| 15 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 16 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 17 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 18 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 19 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 20 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 21 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 22 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |

In the Circuit Court
Judicial Circuit, in and for
Nassau, Florida

Case Number:   **45-2014-CF-000558-AXXX-YX**

State of Florida

  - vs

**WRIGHT, DANIEL GREGORY**

### JUDGMENT

The defendant **WRIGHT, DANIEL GREGORY** being personally before this court
represented by O'MARA, MARK / SOPP, TERESA. the attorney of record, and the
state represented by THURSON, DONNA and having

> \_\_\_\_ been tried and found guilty by jury/by court of the following crime(s)
> \_X\_ entered a plea of guilty to the following crime(s)
> \_\_\_\_ entered a plea of nolo contendere to the following crime(s)

| Count Crime | Offense Statute Number(s) | Degree of Crime | Case Number | OBTS Number |
|---|---|---|---|---|
| 23 Transmission of Material Harmful to Minors - | 847.0138(2) | F-3 | 14-CF-558 | 4501059665 |
| 24 Transmission of Material Harmful to Minors - | 847.0138(2) | F-3 | 14-CF-558 | 4501059665 |
| 25 Transmission of Material Harmful to Minors - | 847.0138(2) | F-3 | 14-CF-558 | 4501059665 |
| 26 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 27 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 28 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 29 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 30 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 31 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 32 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 33 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |
| 34 Poss. of Photograph/Sexual Performance by Child Ten or More Images -- | 827.071(5), 775.0847(2) | F-2 | 14-CF-558 | 4501059665 |

__X__    and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the defendant is hereby **ADJUDICATED GUILTY** of the above crime(s).

__X__    and having been convicted or found guilty of, or having entered a plea of nolo contendere or guilty, regardless of adjudication, to attempts or offenses relating to sexual battery (ch. 794), lewd and lascivious conduct (ch. 800), or murder (s. 782.04), aggravated battery (s 784.045), car jacking (s. 812.133), or home invasion robbery (s. 812.135),burglary (ch.810) or any other offense specified in the section 943.325, the defendant shall be required to submit blood specimens.

_____ and good cause being shown; IT IS ORDERERD THAT **ADJUDICATION OF GUILT BE WITHHELD.**

___ **A NOLLE PROSEQUI** has been entered by the State of Florida.

State of Florida

   - vs

**WRIGHT, DANIEL GREGORY**

### CHARGES/COSTS/FEES

The defendant is hereby ordered to pay the following sums if checked

**X** **$50.00** pursuant to section 938.03, Florida Statutes **(Crimes Compensation Trust Fund)**

**X** **$3.00** pursuant to section 938.01. Florida Statutes **(Additional Court Cost Clearing Trust)**.

**X** **$2.00** as a court cost pursuant to section 938.15 Florida Statutes **(Local Law Enforcement Education, Municipalities and Counties)**.

**X** A fine in the sum of **$ 20.00** pursuant to section 938.06, Florida Statutes. (This provision refers to the optional fine for the Crimes Compensation Trust Fund and is not applicable unless checked and completed. Fines imposed as part of a sentence to section 775.083, Florida Statutes, are to be recorded on the sentence page(s).

**X** A Sum of **$ 50.00** pursuant to section 775.083 **(Crime Prevention)**.

____ A Sum of **$100.00** pursuant to section 939.25 Florida Statutes **(FDLE Operating Trust Fund drug Related Cases)**.

____ A sum of **$15.00** pursuant to section 318.18(13)(a), Florida Statutes **(Court Facilities Fund Optional with Ordinance)**.

**x** A sum of **$100.00** pursuant to section 938.27(8), Florida Statutes **(Prosecution/Investigative Costs)**.

____ A Sum of **$ 50.00** pursuant to section 938.29, Florida Statutes **(Public Defender Application Fee)**.

____ A Sum of **$ 100.00** pursuant to section 938.29, Florida Statues **(Public Defender/Appointed Counsel Fees)**.

____ A sum of **$ 15.00** pursuant to section 938.13, Florida Statutes, Misdemeanor convictions involving drugs or Alcohol **(County Ordinance)**.

**X** **$200.00** pursuant to section 938.05(1(a), Florida Statutes **(Additional Court cost/Clerk)**

**X** **$65.00** pursuant to section 939.185(1)(a), Florida Statutes (Optional with Co Ordinance, Additional Cost **(BOCC)**

**X** A sum of **$25.00** pursuant to section 938.05(1)(a), Florida Statutes **(DOR/GEN FUND)**.

**X** **$3.00** pursuant to section 938.19 **(Teen Court Service Surcharge)**

**X** A sum of **$201.00** pursuant to section 938.08/741.01 **(Domestic Battery Surcharge)**

**X** A sum of **$151.00** pursuant to section 938.085 **(Rape Crisis Trust Fund)**

____ A sum of **$135.00** pursuant to section 938.07 Florida Statutes **(EMS-DUI Cases)**.

____ A sum of **$3.00** pursuant to section 318.18(17), Florida Statutes **(State Radio System Surcharge)**.

____ A sum of **$151.00** pursuant to section 938.10 **(Crime Against a Minor)**

DONE AND ORDERED in open court in Nassau County Florida, this 14th day of June, 2021.    **NUNC PRO TUNC   February 22, 2016**

_____
                          Judge

Inst. Number: 202145025305 Book: 2477 Page: 381 Page 7 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County, Florida

Case 3:20-cv-00731-BJD-JBT  Document 16-2  Filed 07/21/21  Page 8 of 182 PageID 697

**Defendant**  WRIGHT, DANIEL GREGORY              **Case No.:** 14-CF-431  14-CF-558

| | |
|---|---|
| **Imposition of Sentence** | _____ The Court hereby stays and withholds the imposition of |
| **Stayed and Withheld** | sentence as to count(s)_____ |
| **(Check if Applicable)** | and places the Defendant on probation for a period of |
| | _____ under the supervision of the |
| | Department of Corrections (conditions of probation set |
| | forth in separate order). |

| | |
|---|---|
| **Sentence Deferred** | _____ The Court hereby defers imposition of sentence until |
| **Until Later Date** | _____ |
| **(Check if Applicable)** | (date) |

    The Defendant in Open court was advised of his right to appeal from this Judgment by filing notice of
appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is
ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of
counsel in taking said appeal at the expense of the State upon showing of indigency.

### FINGERPRINTS OF DEFENDANT



Fingerprints taken by:

_Sgt K. R. Davis 96V_
**Name and Title**

    DONE AND ORDERED in Open Court at Yulee, Nassau County, Florida this **22nd** day of **February,
A.D., 2016**. I HEREBY Certify that the above and foregoing fingerprints are the fingerprints of the
Defendant, **WRIGHT, DANIEL GREGORY** and that they were placed thereon by said Defendant in my
presence in Open Court this date.

_____ JUDGE

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:    45-2014-CF-000558-AXXX-YX          OBTS Number: 4501059665

**SENTENCE**

(As to Count ONE)
**847.0138(2) TRANSMISSION OF MATRIAL HARMFUL TO MINORS**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date) _____ deferred imposition of
sentence until this date

___ and the court having previously entered a judgment in this case on
(date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community
control and having subsequently revoked the defendant's probation/
community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083,
Florida Statutes plus $_____ as the 5% surcharge required by
section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of
Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with
section 958.04, Florida Statutes.

Inst. Number: 20214SD25305 Book: 2477 Page: 383 Page 9 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00077-BJD-JBT   Document 16-2   Filed 07/21/21   Page 10 of 182 PageID 699

To Be Imprisoned (check one, unmarked sections are inapplicable);

\_\_\_ For a Term of natural life.

**X** For a Term of **Five Years in the State of Florida Prison System.**

\_\_\_ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

\_\_\_Followed by a period of _____ under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.

\_\_\_ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

Inst. Number: 202145025305 Book: 2477 Page: 384 Page 10 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Courts, Nassau County, Florida

Case 3:20-cv-00077-BJD-JBT   Document 16-2   Filed 07/21/21   Page 11 of 182 PageID 700

## SPECIAL PROVISIONS

(As to Count ONE)
**847.0138(2) TRANSMISSION OF MATRIAL HARMFUL TO MINORS**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

    It is further ordered that the _____minimum imprisonment provision
___ of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

    It is further ordered that the _____ mandatory minimum
___ imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**

    It is further ordered that the 3-year minimum provision of
___ section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

    The Defendant is adjudicated a habitual felony offender and has been
___ sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes. The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and
has been sentenced to an extended term in accordance with the
provisions of section 775.084(4)(b), Florida Statutes. A minimum
term of _____ year(s)  must be served prior to release.
The requisite findings by the court are set forth in a separate order
Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____
year(s) before release in accordance with section 775.0823,
Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than
25 years in accordance with the provisions of section 775.082(1),
Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of
section 790.212(2), Florida Statutes, are hereby imposed for the
sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of
section 893.20, Florida Statutes, are hereby imposed for the sentence
specified in this count.

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

___ It is further ordered that the sentence imposed for this count shall run (check one)  consecutive to concurrent with the sentence set forth in count  of this case.

Inst. Number: 202145025305 Book: 2477 Page: 387 Page 13 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Courts, Nassau County Florida

Case 3:20-cv-00977-BJD-JBT    Document 16-2    Filed 07/21/21    Page 14 of 182 PageID 703

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:    45-2014-CF-000558-AXXX-YX          OBTS Number: 4501059665

### SENTENCE

(As to Count TWO)
**847.0138(2) TRANSMISSION OF MATRIAL HARMFUL TO MINORS**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on (date) _____ deferred imposition of
sentence until this date

___ and the court having previously entered a judgment in this case on
(date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community
control and having subsequently revoked the defendant's probation/
community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083,
Florida Statutes plus $_____ as the 5% surcharge required by
section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of
Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with
section 958.04, Florida Statutes.

Inst. Number: 20214502 5305 Book: 2477 Page: 388 Page 14 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00077-BJD-JBT Document 16-2 Filed 07/21/21 Page 15 of 182 PageID 704

To Be Imprisoned (check one, unmarked sections are inapplicable);

___ For a Term of natural life.

 **X** For a Term of **Five Years in the State of Florida Prison System.**

___ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

____Followed by a period of _____under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.

___ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

## SPECIAL PROVISIONS

(As to Count TWO)
**847.0138(2) TRANSMISSION OF MATRIAL HARMFUL TO MINORS**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___  It is further ordered that the _____minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

___  It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**

___  It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

**Habitual Felony Offender**

__  The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

Inst. Number: 202145025305 Book: 2477 Page: 390 Page 16 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County Florida

Case 3:20-cv-00457-BJD-JBT   Document 16-2   Filed 07/21/21   Page 17 of 182 PageID 706

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s)  must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 391 Page 17 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00077-BJD-JBT Document 16-2 Filed 07/21/21 Page 18 of 182 PageID 707

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

## Other Provisions:

### Retention of Jurisdiction

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

### Jail Credit

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

### Prison Credit

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

### Consecutive/Concurrent as to other Counts

**X** It is further ordered that the sentence imposed for this count shall run (check one)   consecutive to **X** **concurrent** with the sentence set forth in count **one** of this case.

Defendant:  **WRIGHT, DANIEL GREGORY**
Case No -:    45-2014-CF-000558-AXXX-YX      OBTS Number: 4501059665

## SENTENCE

(As to Count THREE)
**847.0138(2) TRANSMISSION OF MATRIAL HARMFUL TO MINORS**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,

**(Check Provision if applicable)**

___  and the Court having on(date) _____ deferred imposition of
     sentence until this date

___  and the court having previously entered a judgment in this case on
     (date) _____ now resentences the defendant

___  and the court having placed the defendant on probation/community
     control and having subsequently revoked the defendant's probation/
     community control

**IT IS THE SENTENCE OF THE COURT that;**

___  The Defendant pay a fine of $_____, pursuant to section 775.083,
     Florida Statutes plus $_____ as the 5% surcharge required by
     section 960.25, Florida Statutes.

**X**  The Defendant is hereby committed to the custody of the Department of
     Corrections.

___  The Defendant is hereby committed to the custody of the Sheriff of
     **NASSAU** County, Florida.

___  The Defendant is sentenced as a youthful offender in accordance with
     section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable):

\_\_\_ For a Term of natural life.

 **X** For a Term of **Five Years in the State of Florida Prison System.**

\_\_\_ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

\_\_\_\_Followed by a period of _____under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.

\_\_\_ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

Inst. Number: 202145025305 Book: 2477 Page: 394 Page 20 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00753-BJD-JBT   Document 16-2   Filed 07/21/21   Page 21 of 182 PageID 710

SPECIAL PROVISIONS

(As to Count THREE)
**847.0138(2) TRANSMISSION OF MATRIAL HARMFUL TO MINORS**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___ It is further ordered that the _____ minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

**Habitual Felony Offender**

___ The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes.  The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and
has been sentenced to an extended term in accordance with the
provisions of section 775.084(4)(b), Florida Statutes. A minimum
term of _____ year(s)  must be served prior to release.
The requisite findings by the court are set forth in a separate order
Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____
year(s) before release in accordance with section 775.0823,
Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than
25 years in accordance with the provisions of section 775.082(1),
Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of
section 790.212(2), Florida Statutes, are hereby imposed for the
sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of
section 893.20, Florida Statutes, are hereby imposed for the sentence
specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 396 Page 22 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00753-BJD-JBT   Document 16-2   Filed 07/21/21   Page 23 of 182 PageID 712

**Taking a Law Enforcement Officer's Firearm**

    It is further ordered that the 3-year mandatory minimum imprisonment
\_\_\_ provisions of section 775.0875(1), Florida Statutes, is hereby
imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

    The Court pursuant retains jurisdiction over the defendant pursuant to
\_\_\_ section 947.16(3), Florida Statutes (1983).

**Jail Credit**

    It is further ordered that the defendant shall be allowed a total
__X__ of **571** days as credit for time incarcerated before
imposition of this sentence.

**Prison Credit**

    It is further ordered that the defendant be allowed credit for all
\_\_\_ time previously served on this count in the Department of Corrections
prior to resentencing.

**Consecutive/Concurrent as to other Counts**

    It is further ordered that the sentence imposed for this count shall
__X__ run (check one)   consecutive to **X** **concurrent** with the sentence set forth
in  count **two** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -: 45-2014-CF-000558-AXXX-YX     OBTS Number: 4501059665

## SENTENCE

(As to Count FOUR)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD – TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

____ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

____ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

____Followed by a period of _____under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.

____ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

**SPECIAL PROVISIONS**

(As to Count FOUR)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD – TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:


**Mandatory/Minimum Provisions:**

**Firearm**

\_\_\_     It is further ordered that the _____minimum imprisonment provision
of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.


**Drug Trafficking**

\_\_\_     It is further ordered that the _____ mandatory minimum
imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.


**Controlled Substance
Within 1,000 Feet of School**

\_\_\_     It is further ordered that the 3-year minimum provision of
section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count


**Habitual Felony Offender**

\_\_     The Defendant is adjudicated a habitual felony offender and has been
sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes.  The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.



**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

## Other Provisions

### Retention of Jurisdiction

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

### Jail Credit

__X__ It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

### Prison Credit

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

### Consecutive/Concurrent as to other Counts

__X__ It is further ordered that the sentence imposed for this count shall run (check one)   consecutive to **X** **concurrent** with the sentence set forth in  count **three** of this case.

Inst. Number: 202145025305 Book: 2477 Page: 402 Page 28 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Courts, Nassau County, Florida

Case 3:20-cv-00077-BJD-JBT   Document 16-2   Filed 07/21/21   Page 29 of 182 PageID 718

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:   45-2014-CF-000558-AXXX-YX          OBTS Number: 4501059665

**SENTENCE**

(As to Count FIVE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD – TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

_____ and the Court having on (date) _____ deferred imposition of sentence until this date

_____ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

_____ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/ community control

**IT IS THE SENTENCE OF THE COURT that;**

_____ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X**_ The Defendant is hereby committed to the custody of the Department of Corrections.

_____ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

_____ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

Inst. Number: 202145025305 Book: 2477 Page: 403 Page 29 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court, Nassau County Florida

Case 3:20-cv-00727-BJD-JBT Document 16-2 Filed 07/21/21 Page 30 of 182 PageID 719

To Be Imprisoned (check one, unmarked sections are inapplicable);

____ For a Term of natural life.

__X__ For a Term of **Fifteen Years in the State of Florida Prison System.**

Said SENTENCE SUSPENDED for a period of _____
____ subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

____Followed by a period of _____under the supervision
of the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.

____ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

**SPECIAL PROVISIONS**

(As to Count FIVE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___ It is further ordered that the _____ minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

**Habitual Felony Offender**

___ The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 406 Page 32 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Courts, Nassau County, Florida

Case 3:20-cv-00077-BJD-JBT Document 16-2 Filed 07/21/21 Page 33 of 182 PageID 722

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one) consecutive to **X** **concurrent** with the sentence set forth in count **four** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:   45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

**SENTENCE**

(As to Count SIX)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___   and the Court having on(date)_____ deferred imposition of sentence until this date

___   and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___   and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/ community control

**IT IS THE SENTENCE OF THE COURT that;**

___   The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X**   The Defendant is hereby committed to the custody of the Department of Corrections.

___   The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___   The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

_____ For a Term of natural life.

__X__ For a Term of **Fifteen Years in the State of Florida Prison System.**

_____ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

_____ Followed by a period of _____under the supervision
of the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.

_____ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

**SPECIAL PROVISIONS**

(As to Count SIX)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD – TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___ It is further ordered that the _____minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

**Habitual Felony Offender**

__ The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

Inst. Number: 202145025305 Book: 2477 Page: 410 Page 36 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Courts, Nassau County, Florida

Case 3:20-cv-00753-BJD-JBT   Document 16-2   Filed 07/21/21   Page 37 of 182 PageID 726

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 411 Page 37 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court, Nassau County Florida

Case 3:20-cv-00757-BJD-JBT Document 16-2 Filed 07/21/21 Page 38 of 182 PageID 727

**Taking a Law Enforcement Officer's Firearm**

    It is further ordered that the 3-year mandatory minimum imprisonment
\_\_\_ provisions of section 775.0875(1), Florida Statutes, is hereby
imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

    The Court pursuant retains jurisdiction over the defendant pursuant to
\_\_\_ section 947.16(3), Florida Statutes (1983).

**Jail Credit**

    It is further ordered that the defendant shall be allowed a total
**X** of **571** days as credit for time incarcerated before
imposition of this sentence.

**Prison Credit**

    It is further ordered that the defendant be allowed credit for all
\_\_\_ time previously served on this count in the Department of Corrections
prior to resentencing.

**Consecutive/Concurrent as to other Counts**

    It is further ordered that the sentence imposed for this count shall
**X** run (check one)   consecutive to **X** **concurrent** with the sentence set forth
in  count **five** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:    45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

**SENTENCE**

(As to Count SEVEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,

**(Check Provision if applicable)**

___    and the Court having on(date)_____ deferred imposition of
___    sentence until this date

___    and the court having previously entered a judgment in this case on
___    (date) _____ now resentences the defendant

___    and the court having placed the defendant on probation/community
___    control and having subsequently revoked the defendant's probation/
       community control

**IT IS THE SENTENCE OF THE COURT that;**

___    The Defendant pay a fine of $_____, pursuant to section 775.083,
___    Florida Statutes plus $_____ as the 5% surcharge required by
       section 960.25, Florida Statutes.

**X**    The Defendant is hereby committed to the custody of the Department of
       Corrections.

___    The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

___    The Defendant is sentenced as a youthful offender in accordance with
___    section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

\_\_\_ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

\_\_\_ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.


If "split" sentence complete the appropriate paragraph


\_\_\_Followed by a period of _____under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.


\_\_\_ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.


In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

# SPECIAL PROVISIONS

(As to Count SEVEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD – TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

### Firearm

___ It is further ordered that the _____minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

### Drug Trafficking

___ It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

### Controlled Substance
### Within 1,000 Feet of School

___ It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

### Habitual Felony Offender

__ The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes.  The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and
has been sentenced to an extended term in accordance with the
provisions of section 775.084(4)(b), Florida Statutes. A minimum
term of _____ year(s) must be served prior to release.
The requisite findings by the court are set forth in a separate order
Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____
year(s) before release in accordance with section 775.0823,
Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than
25 years in accordance with the provisions of section 775.082(1),
Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of
section 790.212(2), Florida Statutes, are hereby imposed for the
sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of
section 893.20, Florida Statutes, are hereby imposed for the sentence
specified in this count.

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

## Other Provisions:

### Retention of Jurisdiction

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

### Jail Credit

__X__ It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

### Prison Credit

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

### Consecutive/Concurrent as to other Counts

__X__ It is further ordered that the sentence imposed for this count shall run (check one) consecutive to **X concurrent** with the sentence set forth in count **six** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:   45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

### SENTENCE

(As to Count EIGHT)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD - TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,


**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of
sentence until this date

___ and the court having previously entered a judgment in this case on
(date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community
control and having subsequently revoked the defendant's probation/
community control


**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083,
Florida Statutes plus $_____ as the 5% surcharge required by
section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of
Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with
section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

\_\_\_\_   For a Term of natural life.

**X**   For a Term of **Fifteen Years in the State of Florida Prison System.**

\_\_\_\_   Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

\_\_\_Followed by a period of _____**tion** under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.

\_\_\_   However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

## SPECIAL PROVISIONS

(As to Count EIGHT)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

____   It is further ordered that the _____minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

____   It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**

____   It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

**Habitual Felony Offender**

____   The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes.  The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

Inst. Number: 202145025305 Book: 2477 Page: 420 Page 46 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Courts Nassau County Florida

Case 3:20-cv-00753-BJD-PDB  Document 16-2   Filed 07/21/21   Page 47 of 182 PageID 736

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s)  must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

## Other Provisions:

### Retention of Jurisdiction

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

### Jail Credit

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

### Prison Credit

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

### Consecutive/Concurrent as to other Counts

**X** It is further ordered that the sentence imposed for this count shall run (check one)  consecutive to **X concurrent** with the sentence set forth in  count **seven** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -: 45-2014-CF-000558-AXXX-YX          OBTS Number: 4501059665

## SENTENCE

(As to Count NINE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD - TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

___ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

___ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

___ Followed by a period of _____ under the supervision of
the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.

___ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

Inst. Number: 202145025305 Book: 2477 Page: 424 Page 50 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County Florida

Case 3:20-cv-00757-BJD-JBT   Document 16-2   Filed 07/21/21   Page 51 of 182 PageID 740

## SPECIAL PROVISIONS

(As to Count NINE)

**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

     It is further ordered that the _____minimum imprisonment provision
\_\_\_ of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

     It is further ordered that the _____ mandatory minimum
\_\_\_ imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**

     It is further ordered that the 3-year minimum provision of
\_\_\_ section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

     The Defendant is adjudicated a habitual felony offender and has been
\_\_ sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes.  The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

Inst. Number: 202145025305 Book: 2477 Page: 425 Page 51 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County Florida

Case 3:20-cv-00757-BJD-JBT Document 16-2 Filed 07/21/21 Page 52 of 182 PageID 741

**Habitual Violent Felony Offender**

____ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

____ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

____ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

____ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

____ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 426 Page 52 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County Florida

Case 3:20-cv-00753-BJD-JBT   Document 16-2   Filed 07/21/21   Page 53 of 182 PageID 742

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)   consecutive to **X** **concurrent** with the sentence set forth in  count **eight** of this case.

Inst. Number: 202145025305 Book: 2477 Page: 427 Page 53 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk Court of Nassau County, Florida

Case 3:20-cv-00753-BJD-JBT Document 16-2 Filed 07/21/21 Page 54 of 182 PageID 743

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -: 45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

## SENTENCE

(As to Count TEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD – TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of
sentence until this date

___ and the court having previously entered a judgment in this case on
(date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community
control and having subsequently revoked the defendant's probation/
community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083,
Florida Statutes plus $_____ as the 5% surcharge required by
section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of
Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with
section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);


___ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

___ Said SENTENCE SUSPENDED for a period of _____ __ _____ subject to conditions set forth in this order.


If "split" sentence complete the appropriate paragraph


___Followed by a period of _____under the supervision of the Department of Corrections according to terms and condition of supervision set forth in a separate order entered herein.


___ However, after serving a period of _____ imprisonment in _____ the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.


In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

Inst. Number: 202145025305 Book: 2477 Page: 429 Page 55 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court Nassau County, Florida

Case 3:20-cv-00753-BJD-JBT   Document 16-2   Filed 07/21/21   Page 56 of 182 PageID 745

# SPECIAL PROVISIONS

(As to Count TEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

    It is further ordered that the _____minimum imprisonment provision
\_\_\_ of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

    It is further ordered that the _____ mandatory minimum
\_\_\_ imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

    It is further ordered that the 3-year minimum provision of
\_\_\_ section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

    The Defendant is adjudicated a habitual felony offender and has been
\_\_ sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes.  The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

Inst. Number: 202145025305 Book: 2477 Page: 430 Page 56 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Putnam County, Florida

Case 3:20-cv-00753-BJD Document 16-2 Filed 07/21/21 Page 57 of 182 PageID 746

**Habitual Violent Felony Offender**

____ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

____ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

____ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

____ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

____ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Taking a Law Enforcement Officer's Firearm**

    It is further ordered that the 3-year mandatory minimum imprisonment
\_\_\_ provisions of section 775.0875(1), Florida Statutes, is hereby
imposed for the sentence specified in this count.

## Other Provisions:

### Retention of Jurisdiction

    The Court pursuant retains jurisdiction over the defendant pursuant to
\_\_\_ section 947.16(3), Florida Statutes (1983).

### Jail Credit

    It is further ordered that the defendant shall be allowed a total
**X** of **571** days as credit for time incarcerated before
imposition of this sentence.

### Prison Credit

    It is further ordered that the defendant be allowed credit for all
\_\_\_ time previously served on this count in the Department of Corrections
prior to resentencing.

### Consecutive/Concurrent as to other Counts

    It is further ordered that the sentence imposed for this count shall
**X** run (check one)  consecutive to **X** **concurrent** with the sentence set forth
in  count **nine** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:   45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

**SENTENCE**

(As to Count ELEVEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD - TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,


**(Check Provision if applicable)**


____ and the Court having on(date)_____ deferred imposition of
sentence until this date

____ and the court having previously entered a judgment in this case on
(date) _____ now resentences the defendant

____ and the court having placed the defendant on probation/community
control and having subsequently revoked the defendant's probation/
community control


**IT IS THE SENTENCE OF THE COURT that;**


____ The Defendant pay a fine of $_____, pursuant to section 775.083,
Florida Statutes plus $_____ as the 5% surcharge required by
section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of
Corrections.

____ The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

____ The Defendant is sentenced as a youthful offender in accordance with
section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable):


___ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

___ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.


If "split" sentence complete the appropriate paragraph


___Followed by a period of _____under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.


___ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.


In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

**SPECIAL PROVISIONS**

(As to Count ELEVEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

    It is further ordered that the _____minimum imprisonment provision
___ of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

    It is further ordered that the _____ mandatory minimum
___ imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

    It is further ordered that the 3-year minimum provision of
___ section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

    The Defendant is adjudicated a habitual felony offender and has been
__ sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes.  The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and
has been sentenced to an extended term in accordance with the
provisions of section 775.084(4)(b), Florida Statutes. A minimum
term of _____ year(s) must be served prior to release.
The requisite findings by the court are set forth in a separate order
Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____
year(s) before release in accordance with section 775.0823,
Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than
25 years in accordance with the provisions of section 775.082(1),
Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of
section 790.212(2), Florida Statutes, are hereby imposed for the
sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of
section 893.20, Florida Statutes, are hereby imposed for the sentence
specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 436 Page 62 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00777-BJD-JBT Document 16-2 Filed 07/21/21 Page 63 of 182 PageID 752

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

## Other Provisions:

### Retention of Jurisdiction

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)   consecutive to **X** **concurrent** with the sentence set forth in  count **ten** of this case.

Inst. Number: 202145025305 Book: 2477 Page: 437 Page 63 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Circuit Court, Nassau County, Florida

Case 3:20-cv-00577-BJD-JBT Document 16-2 Filed 07/21/21 Page 64 of 182 PageID 753

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -: 45-2014-CF-000558-AXXX-YX          OBTS Number: 4501059665

## SENTENCE

(As to Count TWELVE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD - TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

(**Check Provision if applicable**)

_____ and the Court having on(date)_____ deferred imposition of
        sentence until this date

_____ and the court having previously entered a judgment in this case on
        (date) _____ now resentences the defendant

_____ and the court having placed the defendant on probation/community
        control and having subsequently revoked the defendant's probation/
        community control

**IT IS THE SENTENCE OF THE COURT that;**

_____ The Defendant pay a fine of $_____ , pursuant to section 775.083,
        Florida Statutes plus $_____ as the 5% surcharge required by
        section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of
____  Corrections.

_____ The Defendant is hereby committed to the custody of the Sheriff of
        **NASSAU** County, Florida.

_____ The Defendant is sentenced as a youthful offender in accordance with
        section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

___ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

___ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

___ Followed by a period of _____ under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.

___ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

Inst. Number: 202145025305 Book: 2477 Page: 439 Page 65 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00077-BJD-JBT Document 16-2 Filed 07/21/21 Page 66 of 182 PageID 755

**SPECIAL PROVISIONS**

(As to Count TWELVE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD – TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___    It is further ordered that the _____minimum imprisonment provision
of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

___    It is further ordered that the _____ mandatory minimum
imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

___    It is further ordered that the 3-year minimum provision of
section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

__    The Defendant is adjudicated a habitual felony offender and has been
sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes.  The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Taking a Law Enforcement Officer's Firearm**

    It is further ordered that the 3-year mandatory minimum imprisonment
___ provisions of section 775.0875(1), Florida Statutes, is hereby
imposed for the sentence specified in this count.

## Other Provisions:

### Retention of Jurisdiction

    The Court pursuant retains jurisdiction over the defendant pursuant to
___ section 947.16(3), Florida Statutes (1983).

### Jail Credit

    It is further ordered that the defendant shall be allowed a total
**X** of **571** days as credit for time incarcerated before
imposition of this sentence.

### Prison Credit

    It is further ordered that the defendant be allowed credit for all
___ time previously served on this count in the Department of Corrections
prior to resentencing.

### Consecutive/Concurrent as to other Counts

    It is further ordered that the sentence imposed for this count shall
**X** run (check one) consecutive to **X** **concurrent** with the sentence set forth
in count **eleven** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:    45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

**SENTENCE**

(As to Count THIRTEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD - TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,

(**Check Provision if applicable**)

___    and the Court having on(date)_____ deferred imposition of
sentence until this date

___    and the court having previously entered a judgment in this case on
(date) _____ now resentences the defendant

___    and the court having placed the defendant on probation/community
control and having subsequently revoked the defendant's probation/
community control

**IT IS THE SENTENCE OF THE COURT that;**

___    The Defendant pay a fine of $_____, pursuant to section 775.083,
Florida Statutes plus $_____ as the 5% surcharge required by
section 960.25, Florida Statutes.

**X**  The Defendant is hereby committed to the custody of the Department of
Corrections.

___    The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

___    The Defendant is sentenced as a youthful offender in accordance with
section 958.04, Florida Statutes.

Inst. Number: 202145025305 Book: 2477 Page: 443 Page 69 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County Florida

Case 3:20-cv-00753-BJD-JBT Document 16-2 Filed 07/21/21 Page 70 of 182 PageID 759

To Be Imprisoned (check one, unmarked sections are inapplicable);

_____ For a Term of natural life.

__X__ For a Term of **Fifteen Years in the State of Florida Prison System.**

_____ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

_____Followed by a period of _____under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.

_____ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

## SPECIAL PROVISIONS

(As to Count THIRTEEN)
### 827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD – TEN OR MORE IMAGES

By appropriate notation, the following provisions apply to the sentence imposed:

### Mandatory/Minimum Provisions:

### Firearm

_____ It is further ordered that the _____minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

### Drug Trafficking

_____ It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

### Controlled Substance
### Within 1,000 Feet of School

_____ It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

### Habitual Felony Offender

_____ The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes.  The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s)  must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Taking a Law Enforcement Officer's Firearm**

> It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

> The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

> **X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

> It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

> **X** It is further ordered that the sentence imposed for this count shall run (check one)   consecutive to **X concurrent** with the sentence set forth in  count **twelve** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:   45-2014-CF-000558-AXXX-YX       OBTS Number: 4501059665

### SENTENCE

(As to Count FOURTEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD – TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____ , pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

\_\_\_ For a Term of natural life.

 **X** For a Term of **Fifteen Years in the State of Florida Prison System.**

\_\_\_ Said SENTENCE SUSPENDED for a period of _____
 subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

\_\_\_Followed by a period of _____under the supervision of
the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.

\_\_\_ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

SPECIAL PROVISIONS

(As to Count FOURTEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___ It is further ordered that the _____ minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

**Habitual Felony Offender**

___ The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)  consecutive to **X** **concurrent** with the sentence set forth in  count **thirteen** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:    45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

**SENTENCE**

(As to Count FIFTEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,

**(Check Provision if applicable)**

_____ and the Court having on(date)_____ deferred imposition of
sentence until this date

_____ and the court having previously entered a judgment in this case on
(date) _____ now resentences the defendant

_____ and the court having placed the defendant on probation/community
control and having subsequently revoked the defendant's probation/
community control

**IT IS THE SENTENCE OF THE COURT that;**

_____ The Defendant pay a fine of $_____, pursuant to section 775.083,
Florida Statutes plus $_____ as the 5% surcharge required by
section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of
Corrections.

_____ The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

_____ The Defendant is sentenced as a youthful offender in accordance with
section 958.04, Florida Statutes.

Inst. Number: 202145025305 Book: 2477 Page: 453 Page 79 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00077-BJD-JBT   Document 16-2   Filed 07/21/21   Page 80 of 182 PageID 769

To Be Imprisoned (check one, unmarked sections are inapplicable):


\_\_\_  For a Term of natural life.

**X**  For a Term of **Fifteen Years in the State of Florida Prison System.**

\_\_\_  Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.


If "split" sentence complete the appropriate paragraph


\_\_\_Followed by a period of _____under the supervision
of the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.


\_\_\_  However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.


In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

## SPECIAL PROVISIONS

(As to Count FIFTEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD - TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___ It is further ordered that the _____ minimum imprisonment provision
of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum
imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum provision of
section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

___ The Defendant is adjudicated a habitual felony offender and has been
sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes. The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

Inst. Number: 202145025305 Book: 2477 Page: 455 Page 81 of 180 Date: 7/2/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County, Florida

Case 3:20-cv-00753-BJD Document 16-2 Filed 07/21/21 Page 82 of 182 PageID 771

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 456 Page 82 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Courts, Nassau County, Florida

Case 3:20-cv-00077-BJD-JBT  Document 16-2   Filed 07/21/21   Page 83 of 182 PageID 772

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)  consecutive to **X concurrent** with the sentence set forth in  count **fourteen** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:   45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

### SENTENCE

(As to Count SIXTEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/ community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

_____ For a Term of natural life.

__X__ For a Term of **Fifteen Years in the State of Florida Prison System.**

  Said SENTENCE SUSPENDED for a period of _____
_____ subject to conditions set forth in this order.


If "split" sentence complete the appropriate paragraph


_____Followed by a period of _____under the supervision of
the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.


_____ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.


In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

SPECIAL PROVISIONS

(As to Count SIXTEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___ It is further ordered that the _____ minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

**Habitual Felony Offender**

___ The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s)  must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one) consecutive to **X concurrent** with the sentence set forth in count **fifteen** of this case.

Inst. Number: 202145025305 Book: 2477 Page: 462 Page 88 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-01077-BJD-JBT Document 16-2 Filed 07/21/21 Page 89 of 182 PageID 778

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -: 45-2014-CF-000558-AXXX-YX          OBTS Number: 4501059665

**SENTENCE**

(As to Count SEVENTEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);


\_\_\_ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

Said SENTENCE SUSPENDED for a period of _____
\_\_\_ subject to conditions set forth in this order.


If "split" sentence complete the appropriate paragraph


\_\_\_\_Followed by a period of _____under the supervision
of the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.


\_\_\_ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.


In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

SPECIAL PROVISIONS

(As to Count SEVENTEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___   It is further ordered that the _____minimum imprisonment provision
of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

___   It is further ordered that the _____ mandatory minimum
imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

___   It is further ordered that the 3-year minimum provision of
section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

__   The Defendant is adjudicated a habitual felony offender and has been
sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes.  The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.



**Habitual Violent Felony Offender**

The Defendant is adjudicated a habitual violent felony offender and
___ has been sentenced to an extended term in accordance with the
provisions of section 775.084(4)(b), Florida Statutes. A minimum
term of _____ year(s)  must be served prior to release.
The requisite findings by the court are set forth in a separate order
Stated on the record in open court.

**Law Enforcement Protection Act**

It is further ordered that the defendant shall serve a minimum of _____
___ year(s) before release in accordance with section 775.0823,
Florida Statutes.

**Capital Offense**

It is further ordered that the defendant shall serve no less than
___ 25 years in accordance with the provisions of section 775.082(1),
Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

It is further ordered that the 5-year minimum sentence provisions of
___ section 790.212(2), Florida Statutes, are hereby imposed for the
sentence specified in this count.

**Continuing Criminal Enterprise**

It is further ordered that the 25-year minimum sentence provisions of
___ section 893.20, Florida Statutes, are hereby imposed for the sentence
specified in this count.

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

## Other Provisions:

## Retention of Jurisdiction

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

## Jail Credit

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

## Prison Credit

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

## Consecutive/Concurrent as to other Counts

**X** It is further ordered that the sentence imposed for this count shall run (check one) consecutive to **X** **concurrent** with the sentence set forth in count **sixteen** of this case.

Inst. Number: 202145025305 Book: 2477 Page: 467 Page 93 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00727-BJD-JBT Document 16-2 Filed 07/21/21 Page 94 of 182 PageID 783

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:   45-2014-CF-000558-AXXX-YX          OBTS Number: 4501059665

## SENTENCE

(As to Count EIGHTEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD - TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,

**(Check Provision if applicable)**

_____ and the Court having on(date)_____ deferred imposition of
sentence until this date

_____ and the court having previously entered a judgment in this case on
(date) _____ now resentences the defendant

_____ and the court having placed the defendant on probation/community
control and having subsequently revoked the defendant's probation/
community control

**IT IS THE SENTENCE OF THE COURT that;**

_____ The Defendant pay a fine of $_____, pursuant to section 775.083,
Florida Statutes plus $_____ as the 5% surcharge required by
section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of
Corrections.

_____ The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

_____ The Defendant is sentenced as a youthful offender in accordance with
section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);


___ For a Term of natural life.

 **X** For a Term of **Fifteen Years in the State of Florida Prison System.**

 Said SENTENCE SUSPENDED for a period of _____
___ subject to conditions set forth in this order.


If "split" sentence complete the appropriate paragraph


____Followed by a period of _____ under the supervision of
the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.


___ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.


In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

**SPECIAL PROVISIONS**

(As to Count EIGHTTEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

    It is further ordered that the _____ minimum imprisonment provision
___ of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

    It is further ordered that the _____ mandatory minimum
___ imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

    It is further ordered that the 3-year minimum provision of
___ section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

    The Defendant is adjudicated a habitual felony offender and has been
___ sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes. The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.



**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and
has been sentenced to an extended term in accordance with the
provisions of section 775.084(4)(b), Florida Statutes. A minimum
term of _____ year(s)  must be served prior to release.
The requisite findings by the court are set forth in a separate order
Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____
year(s) before release in accordance with section 775.0823,
Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than
25 years in accordance with the provisions of section 775.082(1),
Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of
section 790.212(2), Florida Statutes, are hereby imposed for the
sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of
section 893.20, Florida Statutes, are hereby imposed for the sentence
specified in this count.

**Taking a Law Enforcement Officer's Firearm**

    It is further ordered that the 3-year mandatory minimum imprisonment
___ provisions of section 775.0875(1), Florida Statutes, is hereby
imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

    The Court pursuant retains jurisdiction over the defendant pursuant to
___ section 947.16(3), Florida Statutes (1983).

**Jail Credit**

    It is further ordered that the defendant shall be allowed a total
**X** of **571** days as credit for time incarcerated before
imposition of this sentence.

**Prison Credit**

    It is further ordered that the defendant be allowed credit for all
___ time previously served on this count in the Department of Corrections
prior to resentencing.

**Consecutive/Concurrent as to other Counts**

    It is further ordered that the sentence imposed for this count shall
**X** run (check one)   consecutive to **X** **concurrent** with the sentence set forth
in  count **seventeen** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -: 45-2014-CF-000558-AXXX-YX     OBTS Number: 4501059665

**SENTENCE**

(As to Count NINETEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD - TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on (date)_____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

Inst. Number: 202145025305 Book: 2477 Page: 473 Page 99 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00473-BJD-JBT Document 16-2 Filed 07/21/21 Page 100 of 182 PageID 789

To Be Imprisoned (check one, unmarked sections are inapplicable);


_____ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

Said SENTENCE SUSPENDED for a period of _____
_____ subject to conditions set forth in this order.


If "split" sentence complete the appropriate paragraph


_____ Followed by a period of _____ under the supervision of
the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.


_____ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.


In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

Inst. Number: 202145025305 Book: 2477 Page: 474 Page 100 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County, Florida

Case 3:20-cv-00132-BJD-JBT Document 16-2 Filed 07/21/21 Page 101 of 182 PageID 790

**SPECIAL PROVISIONS**

(As to Count NINETEEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___    It is further ordered that the _____ minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

___    It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**

___    It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

**Habitual Felony Offender**

___    The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes.  The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

Inst. Number: 202145025305 Book: 2477 Page: 475 Page 101 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk, Columbia County, Florida

Case 3:20-cv-30473-BGU-JBT Document 16-2 Filed 07/21/21 Page 102 of 182 PageID 791

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and
has been sentenced to an extended term in accordance with the
provisions of section 775.084(4)(b), Florida Statutes. A minimum
term of _____ year(s)  must be served prior to release.
The requisite findings by the court are set forth in a separate order
Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____
year(s) before release in accordance with section 775.0823,
Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than
25 years in accordance with the provisions of section 775.082(1),
Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of
section 790.212(2), Florida Statutes, are hereby imposed for the
sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of
section 893.20, Florida Statutes, are hereby imposed for the sentence
specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 476 Page 102 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk 20 Court 30 Nassau County Florida

Case 3:20-cv-00753-BJD-JBT   Document 16-2   Filed 07/21/21   Page 103 of 182 PageID 792

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)   consecutive to **X** **concurrent** with the sentence set forth in  count **eighteen** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:   45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

### SENTENCE

(As to Count TWENTY)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,


(**Check Provision if applicable**)


___   and the Court having on(date)_____ deferred imposition of
      sentence until this date

___   and the court having previously entered a judgment in this case on
      (date) _____ now resentences the defendant

___   and the court having placed the defendant on probation/community
      control and having subsequently revoked the defendant's probation/
      community control


**IT IS THE SENTENCE OF THE COURT that;**


___   The Defendant pay a fine of $_____, pursuant to section 775.083,
      Florida Statutes plus $_____ as the 5% surcharge required by
      section 960.25, Florida Statutes.

**X**___ The Defendant is hereby committed to the custody of the Department of
      Corrections.

___   The Defendant is hereby committed to the custody of the Sheriff of
      **NASSAU** County, Florida.

___   The Defendant is sentenced as a youthful offender in accordance with
      section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

____ For a Term of natural life.

__X__ For a Term of **Fifteen Years in the State of Florida Prison System.**

____ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

____ Followed by a period of _____under the supervision
of the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.

____ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

SPECIAL PROVISIONS

(As to Count TWENTY)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD – TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

    It is further ordered that the _____minimum imprisonment provision
___ of section 775.087, Florida Statutes, is hereby imposed for the
    sentence specified in this count.

**Drug Trafficking**

    It is further ordered that the _____ mandatory minimum
___ imprisonment provision of section 893.135(1), Florida Statutes, is
    hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**

    It is further ordered that the 3-year minimum provision of
___ section 893.13(1e)1, Florida Statutes, is hereby imposed
    for the sentence specified in this count

**Habitual Felony Offender**

    The Defendant is adjudicated a habitual felony offender and has been
___ sentenced to an extended term in accordance with the provisions of
    section 775.084(4)(a), Florida Statutes.  The requisite findings
    by the Court are set forth in a separate order stated on the record
    in open Court.



**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and
has been sentenced to an extended term in accordance with the
provisions of section 775.084(4)(b), Florida Statutes. A minimum
term of _____ year(s)  must be served prior to release.
The requisite findings by the court are set forth in a separate order
Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____
year(s) before release in accordance with section 775.0823,
Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than
25 years in accordance with the provisions of section 775.082(1),
Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of
section 790.212(2), Florida Statutes, are hereby imposed for the
sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of
section 893.20, Florida Statutes, are hereby imposed for the sentence
specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 481 Page 107 of 180 Date: 7/7/2021 Time: 11:32 AM
John A. Crawford Clerk of Court Walton County, Florida

Case 3:20-cv-05737-BJD-JBT Document 16-2 Filed 07/21/21 Page 108 of 182 PageID 797

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)  consecutive to **X concurrent** with the sentence set forth in  count **nineteen**  of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -: 45-2014-CF-000558-AXXX-YX     OBTS Number: 4501059665

**SENTENCE**

(As to Count TWENTY-ONE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

\_\_\_ and the Court having on(date) _____ deferred imposition of sentence until this date

\_\_\_ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

\_\_\_ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

\_\_\_ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

\_\_\_ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

\_\_\_ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);


\_\_\_ For a Term of natural life.

 **X** For a Term of **Fifteen Years in the State of Florida Prison System.**

 Said SENTENCE SUSPENDED for a period of _____
\_\_\_ subject to conditions set forth in this order.


If "split" sentence complete the appropriate paragraph


 \_\_\_Followed by a period of _____under the supervision
of the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.


 \_\_\_ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.


In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

**SPECIAL PROVISIONS**

(As to Count TWENTY-ONE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___ It is further ordered that the _____ minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

**Habitual Felony Offender**

__ The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

## Other Provisions:

### Retention of Jurisdiction

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

### Jail Credit

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

### Prison Credit

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

### Consecutive/Concurrent as to other Counts

**X** It is further ordered that the sentence imposed for this count shall run (check one)  consecutive to **X concurrent** with the sentence set forth in  count **twenty** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**

Case No -:    45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

### SENTENCE

(As to Count TWENTY TWO)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on (date) _____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

___ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

Said SENTENCE SUSPENDED for a period of _____
___ subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

___Followed by a period of _____under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.

___ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

SPECIAL PROVISIONS

(As to Count TWENTY TWO)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD – TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___ It is further ordered that the _____minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

**Habitual Felony Offender**

___ The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

Inst. Number: 202145025305 Book: 2477 Page: 490 Page 116 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County, Florida

Case 3:20-cv-00773-BJD-JBT Document 16-2 Filed 07/21/21 Page 117 of 182 PageID 806

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s)  must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 491 Page 117 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Courts Nassau County Florida

Case 3:20-cv-00777-BJD-JBT Document 16-2 Filed 07/21/21 Page 118 of 182 PageID 807

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

__X__ It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

__X__ It is further ordered that the sentence imposed for this count shall run (check one)  consecutive to **X** **concurrent** with the sentence set forth in  count **twenty one** of this case.

Inst. Number: 202145025305 Book: 2477 Page: 492 Page 118 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County, Florida

Case 3:20-cv-00733-BJD-JBT Document 16-2 Filed 07/21/21 Page 119 of 182 PageID 808

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -: 45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

**SENTENCE**

(As to Count TWENTY THREE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD - TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of
sentence until this date

___ and the court having previously entered a judgment in this case on
(date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community
control and having subsequently revoked the defendant's probation/
community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083,
Florida Statutes plus $_____ as the 5% surcharge required by
section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of
Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with
section 958.04, Florida Statutes.

Inst. Number: 202145025305 Book: 2477 Page: 493 Page 119 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00757-BJD-JBT   Document 16-2   Filed 07/21/21   Page 120 of 182 PageID 809

To Be Imprisoned (check one, unmarked sections are inapplicable);


___ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

Said SENTENCE SUSPENDED for a period of _____
___ subject to conditions set forth in this order.


If "split" sentence complete the appropriate paragraph


____Followed by a period of _____under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.


___ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.


In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

## SPECIAL PROVISIONS

(As to Count TWENTY THREE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___  It is further ordered that the _____minimum imprisonment provision
of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

___  It is further ordered that the _____ mandatory minimum
imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

___  It is further ordered that the 3-year minimum provision of
section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

___  The Defendant is adjudicated a habitual felony offender and has been
sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes. The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

Inst. Number: 202145025305 Book: 2477 Page: 495 Page 121 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court Columbia, Florida

Case 3:20-cv-00773-BJD-JBT    Document 16-2    Filed 07/21/21    Page 122 of 182 PageID 811

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 496 Page 122 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court Nassau County, Florida

Case 3:20-cv-00757-BJD-JBT   Document 16-2   Filed 07/21/21   Page 123 of 182 PageID 812

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)  consecutive to **X concurrent** with the sentence set forth in  count **twenty two** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:   45-2014-CF-000558-AXXX-YX          OBTS Number: 4501059665

**SENTENCE**

(As to Count TWENTY FOUR)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of
sentence until this date

___ and the court having previously entered a judgment in this case on
(date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community
control and having subsequently revoked the defendant's probation/
community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083,
Florida Statutes plus $_____ as the 5% surcharge required by
section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of
Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with
section 958.04, Florida Statutes.

Inst. Number: 202145025305 Book: 2477 Page: 498 Page 124 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County, Florida

Case 3:20-cv-00777-BJD-JBT   Document 16-2   Filed 07/21/21   Page 125 of 182 PageID 814

To Be Imprisoned (check one, unmarked sections are inapplicable);

____ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

____ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

____Followed by a period of _____under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.

____ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

**SPECIAL PROVISIONS**

(As to Count TWENTY FOUR)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___ It is further ordered that the _____minimum imprisonment provision
of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum
imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum provision of
section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

__ The Defendant is adjudicated a habitual felony offender and has been
sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes. The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and
has been sentenced to an extended term in accordance with the
provisions of section 775.084(4)(b), Florida Statutes. A minimum
term of _____ year(s)  must be served prior to release.
The requisite findings by the court are set forth in a separate order
Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____
year(s) before release in accordance with section 775.0823,
Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than
25 years in accordance with the provisions of section 775.082(1),
Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of
section 790.212(2), Florida Statutes, are hereby imposed for the
sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of
section 893.20, Florida Statutes, are hereby imposed for the sentence
specified in this count.

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

## Other Provisions:

### Retention of Jurisdiction

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

### Jail Credit

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

### Prison Credit

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

### Consecutive/Concurrent as to other Counts

**X** It is further ordered that the sentence imposed for this count shall run (check one) consecutive to **X concurrent** with the sentence set forth in count **twenty-three** of this case.

Inst. Number: 202145025305 Book: 2477 Page: 502 Page 128 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court Nassau County, Florida

Case 3:20-cv-00773-BJD-JBT Document 16-2 Filed 07/21/21 Page 129 of 182 PageID 818

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:   45-2014-CF-000558-AXXX-YX       OBTS Number: 4501059665

SENTENCE

(As to Count TWENTY FIVE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

_____ and the Court having on(date) _____ deferred imposition of sentence until this date

_____ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

_____ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

_____ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

_____ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

_____ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

Inst. Number: 202145025305 Book: 2477 Page: 503 Page 129 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Wakulla County, Florida

Case 3:20-cv-30737-BJD-JBT Document 16-2 Filed 07/21/21 Page 130 of 182 PageID 819

To Be Imprisoned (check one, unmarked sections are inapplicable);


\_\_\_ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

Said SENTENCE SUSPENDED for a period of _____
\_\_\_ subject to conditions set forth in this order.


If "split" sentence complete the appropriate paragraph


\_\_\_Followed by a period of _____under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.


\_\_\_ However, after serving a period of _____ imprisonment in
_____ \_\_ \_\_\_\_ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.


In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

Inst. Number: 202145025305 Book: 2477 Page: 504 Page 130 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court, Nassau County, Florida

Case 3:20-cv-00777-BJD-JBT Document 16-2 Filed 07/21/21 Page 131 of 182 PageID 820

### SPECIAL PROVISIONS

(As to Count TWENTY FIVE)

### 827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES

By appropriate notation, the following provisions apply to the sentence imposed:

### Mandatory/Minimum Provisions:

### Firearm

___    It is further ordered that the _____minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

### Drug Trafficking

___    It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

### Controlled Substance
### Within 1,000 Feet of School

___    It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

### Habitual Felony Offender

__    The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

Inst. Number: 202145025305 Book: 2477 Page: 505 Page 131 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County, Florida

Case 3:20-cv-00733-BJD-JBT Document 16-2 Filed 07/21/21 Page 132 of 182 PageID 821

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 506 Page 132 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court Santa Rosa County, Florida

Case 3:20-cv-05745-RBD-JBT Document 16-2 Filed 07/21/21 Page 133 of 182 PageID 822

**Taking a Law Enforcement Officer's Firearm**

_____ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

_____ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

_____ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)   consecutive to **X** **concurrent** with the sentence set forth in  count **twenty-four** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -: 45-2014-CF-000558-AXXX-YX      OBTS Number: 4501059665

### SENTENCE

(As to Count TWENTY SIX)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on (date) _____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

\_\_\_ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

\_\_\_ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

\_\_\_Followed by a period of _____under the supervision of the
Department of Corrections according to terms and condition of supervision set
forth in a separate order entered herein.

\_\_\_ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

### SPECIAL PROVISIONS

(As to Count TWENTY SIX)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD – TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___ It is further ordered that the _____minimum imprisonment provision
of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum
imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum provision of
section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

__ The Defendant is adjudicated a habitual felony offender and has been
sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes.  The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 511 Page 137 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court, Nassau County, Florida

Case 3:20-cv-00772-BJD-JBT Document 16-2 Filed 07/21/21 Page 138 of 182 PageID 827

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

__X__ It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

__X__ It is further ordered that the sentence imposed for this count shall run (check one)  consecutive to **X** **concurrent** with the sentence set forth in  count **twenty five** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -: 45-2014-CF-000558-AXXX-YX          OBTS Number: 4501059665

### SENTENCE

(As to Count TWENTY SEVEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

___ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

___ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

___ Followed by a period of ___ _____ under the supervision
of the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.

___ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

## SPECIAL PROVISIONS

(As to Count TWENTY SEVEN)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

    It is further ordered that the _____minimum imprisonment provision
\_\_\_  of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

    It is further ordered that the _____ mandatory minimum
\_\_\_  imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

    It is further ordered that the 3-year minimum provision of
\_\_\_  section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

    The Defendant is adjudicated a habitual felony offender and has been
\_\_  sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes.  The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s)  must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 516 Page 142 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County, Florida

Case 3:20-cv-00753-BJD-JBT   Document 16-2   Filed 07/21/21   Page 143 of 182 PageID 832

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

## Other Provisions:

### Retention of Jurisdiction

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

### Jail Credit

__X__ It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

### Prison Credit

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

### Consecutive/Concurrent as to other Counts

__X__ It is further ordered that the sentence imposed for this count shall run (check one)  consecutive to **X** **concurrent** with the sentence set forth in count **twenty six** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -: 45-2014-CF-000558-AXXX-YX     OBTS Number: 4501059665

### SENTENCE

(As to Count TWENTY EIGHT)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD - TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

___ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

___ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

___ Followed by a period of _____ under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.

___ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

SPECIAL PROVISIONS

(As to Count TWENTY EIGHT)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD – TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

_____    It is further ordered that the _____minimum imprisonment provision
of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

_____    It is further ordered that the _____ mandatory minimum
imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

_____    It is further ordered that the 3-year minimum provision of
section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

_____    The Defendant is adjudicated a habitual felony offender and has been
sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes.  The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and
has been sentenced to an extended term in accordance with the
provisions of section 775.084(4)(b), Florida Statutes. A minimum
term of _____ year(s)  must be served prior to release.
The requisite findings by the court are set forth in a separate order
Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____
year(s) before release in accordance with section 775.0823,
Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than
25 years in accordance with the provisions of section 775.082(1),
Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of
section 790.212(2), Florida Statutes, are hereby imposed for the
sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of
section 893.20, Florida Statutes, are hereby imposed for the sentence
specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 521 Page 147 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk, Nassau County, NB Florida

Case 3:20-cv-00723-BJD-JBT   Document 16-2   Filed 07/21/21   Page 148 of 182 PageID 837

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)  consecutive to **X** **concurrent** with the sentence set forth in  count **twenty seven** of this case.

Defendant:   **WRIGHT, DANIEL GREGORY**
Case No -:   45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

**SENTENCE**

(As to Count TWENTY NINE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD – TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on (date) _____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/ community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

\_\_\_ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

\_\_\_ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

\_\_\_Followed by a period of _____under the supervision of the Department of Corrections according to terms and condition of supervision set forth in a separate order entered herein.

\_\_\_ However, after serving a period of _____ imprisonment in _____ the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

SPECIAL PROVISIONS

(As to Count TWENTY NINE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD – TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

    It is further ordered that the _____ minimum imprisonment provision
___ of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

    It is further ordered that the _____ mandatory minimum
___ imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

    It is further ordered that the 3-year minimum provision of
___ section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

    The Defendant is adjudicated a habitual felony offender and has been
__ sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes.  The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)   consecutive to **X concurrent** with the sentence set forth in  count **twenty eight** of this case.

Inst. Number: 20214S025305 Book: 2477 Page: 527 Page 153 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County, Florida

Case 3:20-cv-00772-BJD-JBT  Document 16-2  Filed 07/21/21  Page 154 of 182 PageID 843

Defendant:  **WRIGHT, DANIEL GREGORY**
Case No -:    45-2014-CF-000558-AXXX-YX          OBTS Number: 4501059665

### SENTENCE

(As to Count THIRTY)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

_____ and the Court having on(date)_____ deferred imposition of sentence until this date

_____ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

_____ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

_____ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

_____ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

_____ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

___ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

___ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

___ Followed by a period of _____ under the supervision of
the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.

___ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

Inst. Number: 202145025305 Book: 2477 Page: 529 Page 155 of 180 Date: 7/7/2021 Time: 11:33 AM
John A. Crawford Clerk of Court Nassau County, Florida

Case 3:20-cv-00773-BJD-JBT Document 16-2 Filed 07/21/21 Page 156 of 182 PageID 845

**SPECIAL PROVISIONS**

(As to Count THIRTY)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD – TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___  It is further ordered that the _____minimum imprisonment provision of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**

___  It is further ordered that the _____ mandatory minimum imprisonment provision of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

___  It is further ordered that the 3-year minimum provision of section 893.13(1e)1, Florida Statutes, is hereby imposed for the sentence specified in this count

**Habitual Felony Offender**

___  The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order stated on the record in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and
has been sentenced to an extended term in accordance with the
provisions of section 775.084(4)(b), Florida Statutes. A minimum
term of _____ year(s)  must be served prior to release.
The requisite findings by the court are set forth in a separate order
Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____
year(s) before release in accordance with section 775.0823,
Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than
25 years in accordance with the provisions of section 775.082(1),
Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of
section 790.212(2), Florida Statutes, are hereby imposed for the
sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of
section 893.20, Florida Statutes, are hereby imposed for the sentence
specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 531 Page 157 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court Washington County, Florida

Case 3:20-cv-05757-TKW-HTC Document 16-2 Filed 07/21/21 Page 158 of 182 PageID 847

**Taking a Law Enforcement Officer's Firearm**

    It is further ordered that the 3-year mandatory minimum imprisonment
\_\_\_ provisions of section 775.0875(1), Florida Statutes, is hereby
imposed for the sentence specified in this count.

## Other Provisions:

**Retention of Jurisdiction**

    The Court pursuant retains jurisdiction over the defendant pursuant to
\_\_\_ section 947.16(3), Florida Statutes (1983).

**Jail Credit**

    It is further ordered that the defendant shall be allowed a total
**X** of **571** days as credit for time incarcerated before
imposition of this sentence.

**Prison Credit**

    It is further ordered that the defendant be allowed credit for all
\_\_\_ time previously served on this count in the Department of Corrections
prior to resentencing.

**Consecutive/Concurrent as to other Counts**

    It is further ordered that the sentence imposed for this count shall
**X** run (check one)  consecutive to **X concurrent** with the sentence set forth
in  count **twenty nine** of this case.

Inst. Number: 202145025305 Book: 2477 Page: 532 Page 158 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00077-BJD-JBT Document 16-2 Filed 07/21/21 Page 159 of 182 PageID 848

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:    45-2014-CF-000558-AXXX-YX        OBTS Number: 4501059665

## SENTENCE

(As to Count THIRTY ONE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,

**(Check Provision if applicable)**

_____ and the Court having on(date)_____ deferred imposition of
sentence until this date

_____ and the court having previously entered a judgment in this case on
(date) _____ now resentences the defendant

_____ and the court having placed the defendant on probation/community
control and having subsequently revoked the defendant's probation/
community control

**IT IS THE SENTENCE OF THE COURT that;**

_____ The Defendant pay a fine of $_____, pursuant to section 775.083,
Florida Statutes plus $_____ as the 5% surcharge required by
section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of
Corrections.

_____ The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

_____ The Defendant is sentenced as a youthful offender in accordance with
section 958.04, Florida Statutes.

To Be Imprisoned (check one, unmarked sections are inapplicable);

\_\_\_ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

\_\_\_ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

\_\_\_\_Followed by a period of _____under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.

\_\_\_ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

Inst. Number: 202145025305 Book: 2477 Page: 534 Page 160 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Santa Rosa County, Florida

Case 3:20-cv-05743-BOU-HTC Document 16-2   Filed 07/21/21   Page 161 of 182 PageID 850

## SPECIAL PROVISIONS

(As to Count THIRTY ONE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD - TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

    It is further ordered that the _____ minimum imprisonment provision
____ of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

    It is further ordered that the _____ mandatory minimum
____ imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

    It is further ordered that the 3-year minimum provision of
____ section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

    The Defendant is adjudicated a habitual felony offender and has been
____ sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes.  The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

Inst. Number: 202145025305 Book: 2477 Page: 535 Page 161 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court Columbia County, Florida

Case 3:20-cv-00733-BJD-JBT   Document 16-2   Filed 07/21/21   Page 162 of 182 PageID 851

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 536 Page 162 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00737-BJD-JBT   Document 16-2   Filed 07/21/21   Page 163 of 182 PageID 852

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)   consecutive to **X** **concurrent** with the sentence set forth in   count **thirty** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -: 45-2014-CF-000558-AXXX-YX     OBTS Number: 4501059665

### SENTENCE

(As to Count THIRTY TWO)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD - TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by
the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been
**adjudicated guilty** herein, and the Court having given the Defendant an
opportunity to be heard and to offer matter in mitigation of
sentence, and to show cause why he should not be sentenced as
provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of
sentence until this date

___ and the court having previously entered a judgment in this case on
(date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community
control and having subsequently revoked the defendant's probation/
community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083,
Florida Statutes plus $_____ as the 5% surcharge required by
section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of
Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of
**NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with
section 958.04, Florida Statutes.

Inst. Number: 202145025305 Book: 2477 Page: 538 Page 164 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court, Nassau County, Florida

Case 3:20-cv-00773-BJD-JBT Document 16-2 Filed 07/21/21 Page 165 of 182 PageID 854

To Be Imprisoned (check one, unmarked sections are inapplicable);

____ For a Term of natural life.

**X** For a Term of **Fifteen Years in the State of Florida Prison System.**

____ Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

____ Followed by a period of _____ under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.

____ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

# SPECIAL PROVISIONS

(As to Count THIRTY TWO)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

    It is further ordered that the _____minimum imprisonment provision
____ of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

    It is further ordered that the _____ mandatory minimum
____ imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

    It is further ordered that the 3-year minimum provision of
____ section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

    The Defendant is adjudicated a habitual felony offender and has been
__ sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes. The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

Inst. Number: 202145025305 Book: 2477 Page: 540 Page 166 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court Columbia County, Florida

Case 3:20-cv-00723-BJD-JBT   Document 16-2   Filed 07/21/21   Page 167 of 182 PageID 856

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s)  must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

Inst. Number: 202145025305 Book: 2477 Page: 541 Page 167 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk, Court Duval County NBT Florida

Case 3:20-cv-00473-BJD-JBT   Document 16-2   Filed 07/21/21   Page 168 of 182 PageID 857

**Taking a Law Enforcement Officer's Firearm**

_____ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

_____ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

__X__ It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

_____ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

__X__ It is further ordered that the sentence imposed for this count shall run (check one)   consecutive to **X** **concurrent** with the sentence set forth in  count **thirty one** of this case.

Inst. Number: 202145025305 Book: 2477 Page: 542 Page 168 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford Clerk of Court Nassau County, Florida

Case 3:20-cv-00733-BJD-JBT Document 16-2 Filed 07/21/21 Page 169 of 182 PageID 858

Defendant: **WRIGHT, DANIEL GREGORY**

Case No -:   45-2014-CF-000558-AXXX-YX          OBTS Number: 4501059665

### SENTENCE

(As to Count THIRTY THREE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD – TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

Trial Number: 2021 45023505 Book: 2477 Page: 543 Page 169 of 180 Date: 7/7/2021 Time: 11:57 AM
John A. Crawford, Clerk of Courts, Nassau County, Florida

Case 3:20-cv-00777-BJD-JBT Document 16-2 Filed 07/21/21 Page 170 of 182 PageID 859

To Be Imprisoned (check one, unmarked sections are inapplicable);

___  For a Term of natural life.

 __X__  For a Term of **Fifteen Years in the State of Florida Prison System.**

___  Said SENTENCE SUSPENDED for a period of _____
subject to conditions set forth in this order.

If "split" sentence complete the appropriate paragraph

_____Followed by a period of _____under the supervision of
the Department of Corrections according to terms and condition of supervision
set forth in a separate order entered herein.

___  However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.

In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

## SPECIAL PROVISIONS

(As to Count THIRTY THREE)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY
CHILD — TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence
imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

___ It is further ordered that the _____minimum imprisonment provision
of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

___ It is further ordered that the _____ mandatory minimum
imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance
Within 1,000 Feet of School**

___ It is further ordered that the 3-year minimum provision of
section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

___ The Defendant is adjudicated a habitual felony offender and has been
sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes.  The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings by the court are set forth in a separate order Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____ year(s) before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of section 790.212(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)  consecutive to **X concurrent** with the sentence set forth in  count **thirty two** of this case.

Defendant: **WRIGHT, DANIEL GREGORY**
Case No -:    45-2014-CF-000558-AXXX-YX       OBTS Number: 4501059665

## SENTENCE

(As to Count THIRTY FOUR)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD – TEN OR MORE IMAGES**

The defendant being personally before this Court, accompanied by the defendant's attorney **O'Mara, Mark / Sopp Teresa** and having been **adjudicated guilty** herein, and the Court having given the Defendant an opportunity to be heard and to offer matter in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

**(Check Provision if applicable)**

___ and the Court having on(date)_____ deferred imposition of sentence until this date

___ and the court having previously entered a judgment in this case on (date) _____ now resentences the defendant

___ and the court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control

**IT IS THE SENTENCE OF THE COURT that;**

___ The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

**X** The Defendant is hereby committed to the custody of the Department of Corrections.

___ The Defendant is hereby committed to the custody of the Sheriff of **NASSAU** County, Florida.

___ The Defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

Inst. Number: 202145025305 Book: 2477 Page: 548 Page 174 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court Santa Rosa County Florida

Case 3:20-cv-30733-BJD-JBT Document 16-2 Filed 07/21/21 Page 175 of 182 PageID 864

To Be Imprisoned (check one, unmarked sections are inapplicable);


\_\_\_ For a Term of natural life.

  **X** For a Term of **Fifteen Years in the State of Florida Prison System.**

    Said SENTENCE SUSPENDED for a period of _____
\_\_\_ subject to conditions set forth in this order.


If "split" sentence complete the appropriate paragraph


   \_\_\_\_Followed by a period of _____ under the
supervision of the Department of Corrections according to terms and condition of
supervision set forth in a separate order entered herein.


   \_\_\_ However, after serving a period of _____ imprisonment in
_____ the balance of the sentence shall be suspended and the
defendant shall be placed on probation/community control for a period of
_____ under supervision of the Department of Corrections
according to the terms and conditions of probation/community control set forth
in a separate order entered
herein.


In the event the defendant is ordered to serve additional split sentences,
all incarceration portions shall be satisfied before the defendant begins
service of the supervision terms.

Inst. Number: 202145025305 Book: 2477 Page: 549 Page 175 of 180 Date: 7/7/2021 Time: 11:37 AM
John A. Crawford, Clerk of Court Walton County, Florida

Case 3:20-cr-00033-RBD-JBT Document 16-2 Filed 07/21/21 Page 176 of 182 PageID 865

SPECIAL PROVISIONS

(As to Count THIRTY FOUR)
**827.071(5), 775.0847(2) POSSESSION OF PHOTOGRAPHS/SEXUAL PERFORMANCE BY CHILD - TEN OR MORE IMAGES**

By appropriate notation, the following provisions apply to the sentence imposed:

**Mandatory/Minimum Provisions:**

**Firearm**

    It is further ordered that the _____ minimum imprisonment provision
___ of section 775.087, Florida Statutes, is hereby imposed for the
sentence specified in this count.

**Drug Trafficking**

    It is further ordered that the _____ mandatory minimum
___ imprisonment provision of section 893.135(1), Florida Statutes, is
hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**

    It is further ordered that the 3-year minimum provision of
___ section 893.13(1e)1, Florida Statutes, is hereby imposed
for the sentence specified in this count

**Habitual Felony Offender**

    The Defendant is adjudicated a habitual felony offender and has been
___ sentenced to an extended term in accordance with the provisions of
section 775.084(4)(a), Florida Statutes. The requisite findings
by the Court are set forth in a separate order stated on the record
in open Court.

**Habitual Violent Felony Offender**

___ The Defendant is adjudicated a habitual violent felony offender and
has been sentenced to an extended term in accordance with the
provisions of section 775.084(4)(b), Florida Statutes. A minimum
term of _____ year(s) must be served prior to release.
The requisite findings by the court are set forth in a separate order
Stated on the record in open court.

**Law Enforcement Protection Act**

___ It is further ordered that the defendant shall serve a minimum of _____
year(s) before release in accordance with section 775.0823,
Florida Statutes.

**Capital Offense**

___ It is further ordered that the defendant shall serve no less than
25 years in accordance with the provisions of section 775.082(1),
Florida Statutes.

**Short-Barreled Rifle, Shotgun, Machine Gun**

___ It is further ordered that the 5-year minimum sentence provisions of
section 790.212(2), Florida Statutes, are hereby imposed for the
sentence specified in this count.

**Continuing Criminal Enterprise**

___ It is further ordered that the 25-year minimum sentence provisions of
section 893.20, Florida Statutes, are hereby imposed for the sentence
specified in this count.

**Taking a Law Enforcement Officer's Firearm**

___ It is further ordered that the 3-year mandatory minimum imprisonment provisions of section 775.0875(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Other Provisions:**

**Retention of Jurisdiction**

___ The Court pursuant retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**

**X** It is further ordered that the defendant shall be allowed a total of **571** days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**

___ It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**Consecutive/Concurrent as to other Counts**

**X** It is further ordered that the sentence imposed for this count shall run (check one)   consecutive to **X** **concurrent** with the sentence set forth in  count **thirty three** of this case.

**Consecutive/Concurrent as to other Convictions**

    It is further ordered that the composite term of all sentences imposed
**X** for the counts specified in this order shall run (check one)
        ___ consecutive to
        ___ concurrent with (check one) the following:
        ___ any active sentence being served.
        **X** specific sentences **45-2014-CF-431 Nassau County, Florida**

        In the event the above sentence is to the Department of Corrections,
the Sheriff of **NASSU** County, Florida is hereby ordered and directed
to deliver the Defendant to the Department of Corrections at the facility
designated by the department together with a copy of this judgment and
sentence and any other documents specified by Florida Statute.

    The Defendant in Open Court was advised of his right to appeal from
this sentence by filing notice of appeal within 30 days from this date
with the clerk of this court, and the Defendant's right to the assistance
of counsel in taking the appeal at the expense of the state on showing
of indigency.

### In imposing the above sentence, the Court further recommends/orders

- *No Contact with M.W. or H.W*
- *Within 60 days from start of probation must enroll in psychosexual counseling.*
- *No intentional unsupervised contact with any child under age of 18 years, without prior court approval.*
- *Not to live within 1000 feet of a school, daycare center, park, playground, or other place where children regularly congregate.*
- *Not to work for pay or as a volunteer at any place where children congregate.*
- *Pay for necessary physical, psychological, psychiatric or related medical or professional services related to this case for the victims.*
- *Mandatory Curfew from 11pm to 7am daily.*
- *Must not view, own, possess any obscene pornographic material etc.*
- *Must submit to warrantless search.*
- *Must submit to polygraph examinations.*
- *Maintain a driving log.*
- *Not to obtain or use a post office box without prior approval.*
- *Pay restitution to Attorney General Office $150.00*
- *Submit to HIV test and consent to the results of that being released to the victims and or the parent or guardian of the victims.*
- *Must not access the internet or other computer services or social media.*
- *Must not consume alcohol and must attend two AA meetings a week.*
- *Must follow all rules of probation.*
- *Mr. Wright has been Deemed a Sexual Predator by the State of Florida.*

DONE AND ORDERED in Open Court at Nassau County, Florida this

18TH day of June, A.D. 2021.    Nunc pro tunc February 22, 2016.

_____
                                    JUDGE

Filed Number: 2021 45025505 Book: 2477 Page: 554 Page 180 of 180 Date: 7/12/2021 Time: 11:11 PM
John A. Crawford, Clerk of Courts, Nassau County, Florida

Case 3:20-cv-00777-BJD-JBT Document 16-2 Filed 07/12/21 Page 181 of 182 PageID 870

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have this __25th__ day of __June__, 2021,
Furnished.

                Daniel G. Wright        (SERVED BY U.S. MAIL)
                23461 Flora Parke Blvd
                Fernandina Beach, FL 32034

                        And

                Mark O'Mara           (SERVED BY: HAND DELIVERY
                ATTORNEY FOR DEFENDANT        U.S. MAIL)
                1416 East Concord Street
                Orlando FL 32803

A copy of the Judgement and Sentence entered in Case NO. 45-2014-CF-000558-AXXX-YX.



                        JOHN A. CRAWFORD
                        CLERK OF COURTS
                        NASSAU COUNTY, FLORIDA

                        BY: _Tanya Washington_
                                  DEPUTY CLERK

TCW

# Court Verification Form

CASE NUMBER:    14-CF-558

DEFENDANT NAME:    WRIGHT                  DANIEL                  GREGORY

                                   Last                                First                                Middle

Type of Order:

Modify Sentence    [x]         Change Sentence    [ ]

Reduce Sentence    [ ]         Release    [ ]

Other    [ ]    Please Explain: Order modifying sentence to remove lifetime probation.

[✓] **VERIFIED AS LEGITIMATE**    [ ] **NOT LEGITIMATE ***

Date: 6/22/21

Signature:

Judge/Designee Name: James H. Daniel

                          **Please print name**

=======================================================

*FOR CLERK'S USE*

Transmitted to Local Detention Facility [ ]    Transmitted to Department of Corrections [ ]

4/25/21
Date                                                Deputy Clerk    Tanya Washington

***Upon receipt of a "not legitimate" court verification order form, the Clerk of Court is directed to immediately notify the Chief Judge.  Copy provided to DOC/Local Detention Facility.**