UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL G. WRIGHT,

        Petitioner,

v.                                     Case No. 3:20-cv-777-BJD-JBT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

        Respondent.
_____

**ORDER**

In light of Petitioner's amended sentence, Respondents may file an amended response by **September 17, 2021,** and Petitioner must file either a reply to Respondents' amended response or notify the Court that he does not intend to reply within **90 days** of the filing of the amended response.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of August, 2021.

_____
JOEL B. TOOMEY
United States Magistrate Judge

caw 8/12
c:
Counsel of Record