UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL G. WRIGHT,

        Petitioner,

v.                                    Case No. 3:20-cv-777-BJD-JBT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

        Respondent.
_____

**ORDER**

Respondents' Unopposed Second Motion for Extension of Time (Doc. 19) is **GRANTED**. Respondents shall file an amended response to the Petition by **September 27, 2021**.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of September, 2021.

*/s/ Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

caw 9/17
c:
Counsel of Record