UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL G. WRIGHT,

        Petitioner,

v.

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

        Respondent.

Case No. 3:20-cv-777-J-39JBT

## UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6, Respondent moves this Honorable Court for a brief additional extension of time in which to answer Petitioner's petition for writ of habeas corpus stating:

1. Respondent's answer to Petitioner's habeas petition is due to be filed on or before September 27, 2021. Undersigned counsel was on task to have the answer filed by today, however, counsel is out of the office due to illness. In an abundance of caution, counsel request a brief 5-day extension.

2. This is Respondent's third request for an extension of time in this case.

3. Undersigned counsel has communicated with Petitioner's counsel, Michael Ufferman, Esq., who has no objection to a 5-day extension.

4. This request is made in good faith and not for the purpose of unnecessary delay.

WHEREFORE, Respondent respectfully requests that the time in which to file the answer in the above-styled matter be extended by ten (5) days.

Respectfully submitted,
ASHLEY MOODY
ATTORNEY GENERAL
/s/ Anne C. Conley

ANNE C. CONLEY
Assistant Attorney Genera.
Florida Bar No. 0770670
Office of the Attorney General
PL-01, The Capitol
TALLAHASSEE, FL 32399-1050 (850) 414-3300
Anne.Conley@myfloridalegal.com
COUNSEL FOR RESPONDENT [AGO # L20-1-07064]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Unopposed Second Motion for Extension of Time with the Clerk of Court by using the CM/ECF system, effecting service on counsel for Petitioner, Michael Ufferman and Joseph S. Hamrick, at ufferman@uffermanlaw.com and joseph.s.hamrick@gmail.com, on September 27, 2021.

      /s/ Anne C. Conley
ANNE C. CONLEY
Counsel for Respondent