UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL G. WRIGHT,

                Petitioner,

v.                                         Case No. 3:20-cv-777-BJD-JBT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

                Respondent.
_____

## ORDER

    Respondents' Unopposed Third Motion for Extension of Time (Doc. 21) is

**GRANTED,** and Respondents' Response (Doc. 22) is **ACCEPTED as timely filed**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 1st day of October, 2021.

JOEL B. TOOMEY
United States Magistrate Judge

caw 10/1
c:
Counsel of Record