IN THE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| DANIEL G. WRIGHT,<br><br>    Petitioner,<br><br>vs.<br><br>SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,<br><br>    Respondent. | Case No. 3:20-cv-777-BJD-JBT |

**PETITIONER'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME FOR FILING HIS REPLY**

The Petitioner, DANIEL G. WRIGHT, by and through undersigned counsel, moves the Court to extend the time for filing his reply to the Respondent's response (Doc 22) to his 28 U.S.C. § 2254 petition, and alleges:

1. The reply is currently due on December 29, 2021.

2. Unfortunately, undersigned counsel Ufferman's recent health and schedule require him to seek an extension of time in this case. In particular, in recent days, undersigned counsel Ufferman has been sick and has therefore missed time from work. Additionally, over the last thirty days, undersigned counsel Ufferman has:

    a. Filed the Initial Brief of Appellant in *Odom v. State*, case number 4D21-2609, pending in the Florida Fourth District Court of Appeal; on December 28, 2021;

    b. Attended a hearing in *State v. Martin*, case number 2014-CF-2067, pending in the Florida Second Judicial Circuit/Leon County, on December 21, 2021;

    c. Filed a request for a certificate of appealability in *Wilson v. Secretary, Department of Corrections*, docket number 21-13323, pending in the Eleventh Circuit Court of Appeals, on December 17, 2021;

    d. Traveled to and attended a *Miller*[1] juvenile-defendant resentencing hearing in *State v. McGill*, case number 1995-CF-111, pending in the Florida Fourteenth Judicial Circuit/Bay County, on December 14-15, 2021;

    e. Attended a hearing in *State v. Moore*, case number 2018-CF-1207, pending in the Florida Second Judicial Circuit/Leon County, on December 13, 2021;

    f. Filed a petition for writ of certiorari in *Jones v. Secretary, Florida Department of Corrections*, pending in the United States Supreme Court, on December 13, 2021;

    g. Attended an oral argument in *In Re: Amendments to the Rules Regulating The Florida Bar - Rules 6-3.5, 6-3.6, & 6-10.3*, case number SC21-164, pending in the Florida Supreme Court, on December 8, 2021;

    h. Filed the Reply Brief of Appellant in *Glee v. State*, case number 1D21-937, pending in the Florida First District Court of Appeal, on November 29, 2021; and

    g. Attended a hearing in *State v. Traffanstead*, case number 2016-CF-490, pending in the Florida First Judicial Circuit/Santa Rosa County, on November 29-30, 2021.

Finally, undersigned counsel Ufferman will be out of his office on a family vacation from December 30, 2021, through January 2, 2022.

  3. Accordingly, the Petitioner prays the Court to grant a thirty-day extension of time to file his reply.

  4. *Certificate of counsel.* Undersigned counsel have contacted opposing counsel (Assistant Attorney General Anne C. Conley), who does not oppose the relief requested.

  5. *Certificate of good faith.* This motion is made in good faith and not for purposes of hindrance or delay.

---

[1] *Miller v. Alabama*, 567 U.S. 460 (2012).

WHEREFORE, the Petitioner respectfully requests the Court to enter an order allowing an additional thirty days in which to file his reply.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

Assistant Attorney General Anne C. Conley

by CM/ECF electronic delivery this 29th day of December, 2021.

Respectfully submitted,

/s/ Joseph Hamrick
JOSEPH HAMRICK
527 Peyton Street, Apartment #2
Geneva, Illinois 60134
(904) 310-7494
FL Bar No. 47049
Email: joseph.s.hamrick@gmail.com

/s/ Michael Ufferman
MICHAEL UFFERMAN
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, Florida 32308
(850) 386-2345/fax (850) 224-2340
FL Bar No. 114227
Email: ufferman@uffermanlaw.com

Counsel for Petitioner **WRIGHT**
